AO93(Rev 5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

## SEARCH WARRANT

**1826 24th Street, N.E.**
**Apartment 102**
**Washington, D.C.**

CASE NUMBER: 0 7 - 6 5 0 - M - 0 1

TO: __David Swinson__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by **Detective David Swinson of the Metropolitan Police Department (MPD)**, who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

**1826 24th Street, NE, Apartment # 102, Washington, D.C.** (as further described in the affidavit in support of the search warrant application which is attached hereto and incorporated fully herein).,**including ATTACHMENT A.**

**in the District of Columbia, there is now concealed a certain person or property, namely** (describe the person or property) (as further described in the affidavit in support of the search warrant application which is attached hereto and incorporated fully herein).,**including ATTACHMENTS A and B.**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___December 28, 2007___
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

___DEC 18 2007___          at Washington, D.C.
Date and Time Issued

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer          Signature of Judicial Officer

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

1

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>12/18/07 | DATE AND TIME WARRANT EXECUTED<br>12/20/07 1255 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>On Scene |
| INVENTORY MADE IN THE PRESENCE OF   S/A Bill Smith  S/A L Codispti | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Assorted Documents, mail matter, Numerous DVDs, Blank DVDs, DVD cases, Gateway laptop, IPOD, CPU, DVD Burner, Scanner, DVD sleeves, Approximately $1517.00 U.S. Currency, Answering Machine, Scale w/ suspected wh. residue

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

x _____

**FILED**
DEC 21, 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date.

_____   2/21/07
U.S Judge or U.S Magistrate Judge   Date